Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL ROSS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br><br>Defendant. | NO. 2:18-cv-00253-RSM<br><br>ORDER GRANTING MICHAEL ROSS'S MOTION FOR LEAVE TO AMEND COMPLAINT |

THIS MATTER came before the undersigned Court upon Plaintiff's Motion for Leave to Amend Complaint. The Court considered:

- Plaintiff's Motion;

- The supporting Declaration of Tristan Swanson and attached exhibits;

and the Court having reviewed the files and records of the case, it is hereby

ORDERED, ADJUDGED and DECREED that Michael Ross's motion for leave to amend its complaint in the form attached to the Declaration of Tristan Swanson as Exhibit C

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

and assert a claim for breach of RCW 48.30.015 against United States Fire Insurance Company is GRANTED.

DATED this 13 day of June 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by,

ASHBAUGH BEAL

By *s/Tristan Swanson*
    Tristan Swanson, WSBA #41934
    Attorneys for Plaintiff

ORDER GRANTING MICHAEL ROSS'S MOTION FOR
LEAVE TO AMEND COMPLAINT - 2
2:18-cv-00253-RSM

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400