# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL ROSS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES FIRE INSURANCE COMPANY,<br><br>    Defendant(s). | No. 2:18-CV-00253-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Defendants.

## I.    STIPULATION

COMES NOW Plaintiff Michael Ross and Defendant United States Fire Insurance Company, by and through their attorneys of record, and hereby agree and stipulate that the current action should be dismissed with prejudice and without fees or costs to any party.

DATED this 24th day of August, 2018.


LETHER & ASSOCIATES, PLLC,     ASHBAUGH BEAL,

*/s/ Thomas Lether*         */s/ Tristan Swanson*
Thomas Lether, WSBA #18089     Tristan N. Swanson, WSBA #

STIPULATION AND ORDER OF DISMISSAL– 1

| | |
|---|---|
| */s/ Eric J. Neal*<br>Eric J. Neal, WSBA #31863<br>1848 Westlake Ave. N., Ste. 100<br>Seattle, WA 98109<br>tlether@letherlaw.com<br>eneal@letherlaw.com<br>*Attorneys for Defendant United States Fire Insurance Company* | 701 Fifth Ave. Suite 4400<br>Seattle, WA 98104<br>tswanson@ashbaughbeal.com<br>*Attorney for Plaintiff Michael Ross* |

## II.     ORDER OF DISMISSAL

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That this action is hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

DATED this 28 day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| LETHER & ASSOCIATES, PLLC | ASHBAUGH BEAL, |
|---|---|
| */s/ Thomas Lether*<br>*/s/ Eric J. Neal*<br>Thomas Lether, WSBA #18089<br>Eric J. Neal, WSBA #31863<br>1848 Westlake Ave. N., Ste. 100<br>Seattle, WA 98109<br>tlether@letherlaw.com<br>eneal@letherlaw.com<br>*Attorneys for Defendant United States Fire Insurance Company* | */s/ Tristan Swanson*<br>Tristan N. Swanson, WSBA #41934<br>701 Fifth Ave. Suite 4400<br>Seattle, WA 98104<br>tswanson@ashbaughbeal.com<br>*Attorney for Plaintiff Michael Ross* |